| Doe | marketplace | Store Name | Merchant ID |
|---|---|---|---|
| 1 | Alibaba | Zhongshan Benjian Electronic Commerce Co., Ltd. | benjiandianzi |
| 2 | Alibaba | Yiwu Bichang Import And Export Co., Ltd. | bichang |
| 3 | Alibaba | Wuhan Wuchang Canada Electronic Business Firm | cad2022 |
| 4 | Alibaba | Hejin Cehua (shenzhen) Co., Ltd. | charmgift |
| 5 | Alibaba | Yiwu Fanzhi Import & Export Co., Ltd. | cn1538004312imti |
| 6 | Alibaba | Yiwu Juecai Trade Co., Ltd. | cnjuecai |
| 7 | Alibaba | Henan Pushi Technology Co., Ltd. | cnpskj |
| 8 | Alibaba | Guangzhou Yijia Electronic Manufacturing Co., Ltd. | cnyijia1 |
| 9 | Alibaba | Gansu Coolmanda Trading Company Ltd. | coolmanda |
| 10 | Alibaba | Changsha Meiyi Trading Co., Ltd. | csmeiyi |
| 11 | Alibaba | Shenzhen Donreay Technology Co., Ltd. | donreay |
| 12 | Alibaba | Yiwu City Multi Yan Trading Firm | duoyan2022 |
| 13 | Alibaba | Dongguan Forwell 3d Printing & Toys Co., Ltd. | forwelltoys |
| 14 | Alibaba | Yiwu Judi Trading Co., Ltd. | gdluo |
| 15 | Alibaba | Gansu Kumanda Trading Co., Ltd | gscoolmanda |
| 16 | Alibaba | Guangzhou Mailer Toys Co., Ltd. | gzmailer |
| 17 | Alibaba | Guangzhou Yingshuo Technology Co., Ltd. | gzyskj88 |
| 18 | Alibaba | Yiwu Huajing Trading Co., Ltd. | hjtrading |
| 19 | Alibaba | Hulunbuir Liyue Technology Co., Ltd | hlbelykj |
| 20 | Alibaba | Shantou Chenghai District Huanling Toy Firm | hlplaything |
| 21 | Alibaba | Henan Leshuo Crafts Co., Ltd. | hnleshuo |
| 22 | Alibaba | Hunan Mishan Technology Co., Ltd. | hnmishan |
| 23 | Alibaba | Shantou Huamao Technology Co., Ltd. | huamaotoys |
| 24 | Alibaba | Quanzhou Huanjing Trading Co., Ltd. | huanjing |
| 25 | Alibaba | Shantou Huateng Toys Co., Ltd. | huatengtoys |
| 26 | Alibaba | Yiwu Jianyu E-Commerce Firm | jianyufactory |
| 27 | Alibaba | Yangzhou Jiasite Maternal and Child Products Co., LTD | jst9558 |
| 28 | Alibaba | Shenzhen Justdu Electronic Co., Ltd. | justdu |
| 29 | Alibaba | Dongguan Cool Qi Plastic Mold Products Co., Ltd. | kuqiplastics |
| 30 | Alibaba | Guangzhou Leco Technology Co., Ltd. | leco666 |
| 31 | Alibaba | Henan Lingqia E-Commerce Co., Ltd. | lingqia |
| 32 | Alibaba | Guangzhou Tianhe District Lingtemei Crafts Shop (Individual Business) | ltmartware |
| 33 | Alibaba | Yiwu Lucky Star Crafts Co., Ltd. | luckystar888 |
| 34 | Alibaba | Qingdao Youdian Xiaoguo Supply Chain Management Co., Ltd. | mailashell |
| 35 | Alibaba | Yiwu Menglin Trading Co., Ltd. | menglinfigure |
| 36 | Alibaba | Yiwu Menglin Toys Co., Ltd. | menglintoy |
| 37 | Alibaba | Qingdao Ming'an Langjia Trading Co., Ltd. | minganlangjia |
| 38 | Alibaba | Shantou New Fantacy Toys Co., Ltd. | newfantacytoys |
| 39 | Alibaba | Shenzhen Pinyu Technology Co., Ltd. | pinyutech |
| 40 | Alibaba | Shantou Huihong Technology Co., Ltd. | rctraxas |
| 41 | Alibaba | Yiwu Seaside Trading Co., Ltd. | seasidecn |
| 42 | Alibaba | Chongqing Senjianan E-Commerce Co., Ltd. | senjia |
| 43 | Alibaba | Yiwu Shili Toy Co., Ltd. | shiliwanju |
| 44 | Alibaba | Yiwu Suuvan Import & Export Co., Ltd. | shufantoy |
| 45 | Alibaba | Shijiazhuang Beiman Trading Co., Ltd. | sjzbeiman |
| 46 | Alibaba | Shenzhen Shengming Yuanying Trading Co., Ltd. | smyy1 |

| 47 | Alibaba | Changsha Speed Zebra E-Commerce Co., Ltd. | speedzebra |
|---|---|---|---|
| 48 | Alibaba | Guangzhou Starfun Toys Co., Ltd. | starfun |
| 49 | Alibaba | Henan SLT mechanical equipment Co., Ltd | sunlight2024 |
| 50 | Alibaba | Shenzhen Ke'an International Trade Co., Ltd. | szkean |
| 51 | Alibaba | Shenzhen Siruiqi Electronic Commerce Co. LTD | szsrq |
| 52 | Alibaba | Yiwu Ufo E-Commerce Firm | ufogift |
| 53 | Alibaba | Yiwu Weizhi Electronic Technology Co., Ltd. | weizhi1688 |
| 54 | Alibaba | Zhengzhou Guancheng Hui District Xirun Department Store | xirunbaihuo |
| 55 | Alibaba | Xinyu Xucai Trading Co., Ltd. | xyxucai |
| 56 | Alibaba | Henan Yangteng Technology Co., Ltd. | yangtengkeji |
| 57 | Alibaba | Rongcheng County One Point Trading Co., Ltd. | yidiantoy |
| 58 | Alibaba | Yiwu Yimu Trading Co., Ltd. | yimutoys |
| 59 | Alibaba | Huizhou Yingyihui Import And Export Trading Co., Ltd. | yingyihui |
| 60 | Alibaba | Yiwu Aolan Import And Export Co., Ltd. | yiwuaolan |
| 61 | Alibaba | Shantou Yueqili Technology Co., Ltd. | yqltoys |
| 62 | Alibaba | Zhejiang Fantong Trading Co., Ltd. | ywfangtong |
| 63 | Alibaba | Shenzhen Zhongshiqi Technology Co., Ltd. | zhongshiqitech |
| 64 | Alibaba | Zhaoqing City Hajimi Trading Co., Ltd. | zqhajimi |
| 65 | Alibaba | Zhongshan Topso Technology Co., Ltd. | zsyzq1998 |
| 66 | Alibaba | Zhengzhou Playful Culture And Creativity Co., Ltd. | zzwnzy |
| 67 | Aliexpress | New exotic Store | 1101291011 |
| 68 | Aliexpress | Shop4503083 Store | 1101300887 |
| 69 | Aliexpress | Yueyue toy Store | 1101796006 |
| 70 | Aliexpress | Shopping in day Store | 1101891908 |
| 71 | Aliexpress | TOY Factroy Outlet Store | 1102144265 |
| 72 | Aliexpress | Band i Toy Store | 1102160748 |
| 73 | Aliexpress | FaFa Funny Store | 1102341823 |
| 74 | Aliexpress | Anime Fine Products Store | 1102513356 |
| 75 | Aliexpress | Leyu toy Store | 1102548409 |
| 76 | Aliexpress | Banana Tree Toy Store Store | 1102876361 |
| 77 | Aliexpress | Black Tortoise Toy Store | 1102924642 |
| 78 | Aliexpress | KK FigureToy Store | 1102936628 |
| 79 | Aliexpress | Bandai Unique Toy Store | 1102995019 |
| 80 | Aliexpress | X Toys Store | 1103077943 |
| 81 | Aliexpress | GOKU Figure Toys Store | 1103515237 |
| 82 | Aliexpress | Baby Happy Life Toy Store | 1103573338 |
| 83 | Aliexpress | Bandai Model Toys Store | 1103578523 |
| 84 | Aliexpress | SANJI Figure Toys Store | 1103744400 |
| 85 | Aliexpress | Boa Hancock Figure Toys Store | 1103751228 |
| 86 | Aliexpress | Monkey¬∑D¬∑Luffy Figure Toys Store | 1103753205 |
| 87 | Aliexpress | Shop1103752525 Store | 1103759290 |
| 88 | Aliexpress | Shop1103806304 Store | 1103816315 |
| 89 | Aliexpress | Angel Gifts Toy Store | 1103875295 |
| 90 | Aliexpress | Shop1104026154 Store | 1104030131 |
| 91 | Aliexpress | Shop1104060835 Store | 1104056784 |
| 92 | Aliexpress | Shop1104084345 Store | 1104080376 |
| 93 | Aliexpress | Lucky Fashion Toys Store | 1104103184 |

| | | | |
|---|---|---|---|
| 94 | Aliexpress | Shop1104154155 Store | 1104158148 |
| 95 | Aliexpress | Shop1104210888 Store | 1104210889 |
| 96 | Aliexpress | Little Bear Figure Toys Store Store | 1104214857 |
| 97 | Aliexpress | Anime Gifts Store | 1104262284 |
| 98 | Aliexpress | Jay Candyland Toy Store | 1104266368 |
| 99 | Aliexpress | Lucky Blind Box Store | 1104278278 |
| 100 | Aliexpress | Fly Birds Family Toys Store | 1104299075 |
| 101 | Aliexpress | Hooouting Toy Store | 1104304606 |
| 102 | Aliexpress | Celestiq Toy Store | 1104304620 |
| 103 | Aliexpress | Shop1104332627 Store | 1104332628 |
| 104 | Aliexpress | ZAa Store 2 Store | 1104366041 |
| 105 | Aliexpress | Box Fun Space Store | 1104550271 |
| 106 | Aliexpress | Liaoqu 5 Blind Box Store | 1104552314 |
| 107 | Aliexpress | XUANYI Blind Box Store | 1104559264 |
| 108 | Amazon | Liaoruay | A1093XZ5N7H29K |
| 109 | Amazon | ,≠ê,≠ê,≠ê,≠ê,≠êBlack Friday Deals 2024 | A121W4BE8HHNAJ |
| 110 | Amazon | WGXAB | A15PBZ9PUK2UMO |
| 111 | Amazon | Mely Jancy | A16POX0OJ2EHS1 |
| 112 | Amazon | ,≠ê,≠ê,≠ê,≠ê,≠êblack friday deals | A1HI5VZ1HQMTO0 |
| 113 | Amazon | WDXAN | A1I81YI2P36JD1 |
| 114 | Amazon | Zhownzs | A1O4EWBWW3KV4N |
| 115 | Amazon | US-Halloween Christmas Gifts for Men Women Deals | A1XNVDSB4YP7D |
| 116 | Amazon | ChangXingLiXinQiCheFuWuYouXianGongSi | A1YFV68NF7H1V0 |
| 117 | Amazon | 7-14 Business Days Delivery-Support Expedited Ship | A1YGFB4UUDKV0Z |
| 118 | Amazon | yijuzhuangshizhuangxiuyouxiangongsi | A2KVFBCEKF412G |
| 119 | Amazon | black friday deals 2024---7-15 Days Deliverd | A2M1ZRR19BA20X |
| 120 | Amazon | SUITS MART USA | A3HI75T689XYMK |
| 121 | Amazon | JUNLINMALL | A3JC4U90ZYMFII |
| 122 | Amazon | Carbeychi | A3JQACG76YUFRT |
| 123 | Amazon | Max Store Limited | A3JXM4FX4JI9L7 |
| 124 | Amazon | Douzeur | A3N6Y9SY2D6FTN |
| 125 | Amazon | OMG Good LLC | A3SWFJ35CXE28E |
| 126 | Amazon | Citygod | AKOM1BDGEJ39N |
| 127 | Amazon | LION HEART 2024 | ALJSQ9LNR6MU8 |
| 128 | Amazon | gerstghyerjty | APAML26L8FA84 |
| 129 | Amazon | YunFengg | ATD3K35NBHOIN |
| 130 | DHgate | leadingwholesaler2 | 21666505 |
| 131 | DHgate | smyy16 | 21780107 |
| 132 | DHgate | smyy11 | 21780158 |
| 133 | DHgate | fyzsstore | 21882219 |
| 134 | DHgate | gamescard | 21906318 |
| 135 | DHgate | stamps888 | 21907407 |
| 136 | DHgate | wosai | 21946665 |
| 137 | DHgate | homepro9 | 21979039 |
| 138 | DHgate | happy_clothes_house | 22002299 |
| 139 | DHgate | time_brocade | 22002336 |
| 140 | DHgate | freakhouse | 22002450 |

| 141 | DHgate | olylin1 | 22002682 |
|---|---|---|---|
| 142 | eBay | Five Stars Home | 5stars_shop |
| 143 | eBay | agonya9 | agonya9 |
| 144 | eBay | as-4603 | as-4603 |
| 145 | eBay | babil46 | babil46 |
| 146 | eBay | cash_7022 | cash_7022 |
| 147 | eBay | Chuichui | chuichui |
| 148 | eBay | daju-5773 | daju-5773 |
| 149 | eBay | detailsrhg | detailsrhg |
| 150 | eBay | dillmurlati | dillmurlati |
| 151 | eBay | fathul889 | fathul889 |
| 152 | eBay | gift-store24-7 | gift-store24-7 |
| 153 | eBay | ginyan50 | ginyan50 |
| 154 | eBay | gloamfang | gloamfang |
| 155 | eBay | hotfly55 | hotfly55 |
| 156 | eBay | ifbat_37 | ifbat_37 |
| 157 | eBay | john224753 | john224753 |
| 158 | eBay | JKT-Stores | kajik_0 |
| 159 | eBay | karzanua-0 | karzanua-0 |
| 160 | eBay | Ruirui_toys | kekechenchen |
| 161 | eBay | LonesomeTown_toys | kuakuale |
| 162 | eBay | kunminghaosongwan | kunminghaosongwan |
| 163 | eBay | liamdun19 | liamdun19 |
| 164 | eBay | linmanl_74 | linmanl_74 |
| 165 | eBay | macroge | macroge |
| 166 | eBay | Orange Star Boutique | orangestar_32 |
| 167 | eBay | sanrsafeti | sanrsafeti |
| 168 | eBay | shoprite_7 | shoprite_7 |
| 169 | eBay | Mercura_Toyys | skaiqiqi |
| 170 | eBay | sophag | sophag |
| 171 | eBay | marikosuzukistore | suzukima16 |
| 172 | eBay | topsnow5 | topsnow5 |
| 173 | eBay | Urban_Vibes_Official | urban_vibes_official |
| 174 | eBay | weizhang | weizhang |
| 175 | eBay | GUgu-belong to you | xfc_43 |
| 176 | eBay | younmui6 | younmui6 |
| 177 | Etsy | ShopY2KMarket | ShopY2KMarket |
| 178 | Etsy | SonnyedAngels | SonnyedAngels |
| 179 | Shein | xxxvvb | 1308905318 |
| 180 | Shein | fanfang3 | 2880061713 |
| 181 | Shein | LONGXU18 | 5411379810 |
| 182 | Shein | HUANTANGK | 6047471204 |
| 183 | Shein | LsHBD | 7199057073 |
| 184 | Shein | Toy specialty store | 8047192605 |
| 185 | Shein | 1ooid | 9192231896 |
| 186 | Temu | geeteck | 2802888887251 |
| 187 | Temu | Mysterious Gift Box | 2951034219819 |

| | | | |
|---|---|---|---|
| 188 | Temu | Cuteness conquers the world | 634418211060482 |
| 189 | Temu | Mitch | 634418211925149 |
| 190 | Temu | MIBU | 634418212235048 |
| 191 | Temu | JMmmm | 634418214638832 |
| 192 | Temu | Have rice life | 634418214775901 |
| 193 | Temu | Cute furniture decoration | 634418216195729 |
| 194 | Temu | Lucky UV stickers | 634418216195936 |
| 195 | Temu | Lucky Mimi i | 634418216909194 |
| 196 | Temu | Twilight Peak | 634418217155861 |
| 197 | Temu | Clothing Home bas | 634418217320543 |
| 198 | Temu | Superne | 63441821 7588569 |
| 199 | Temu | jiecen shop | 634418218030785 |
| 200 | Temu | LUCKY STRIKE One | 634418218099013 |
| 201 | Temu | Cute little shop Y | 634418218149940 |
| 202 | Temu | Yi Shi Qi | 634418218293557 |
| 203 | Temu | The AllInOne Home | 634418219083435 |
| 204 | Temu | YaDan Shop | 634418219255492 |
| 205 | Temu | HDD SS | 634418219631208 |
| 206 | Temu | Feijuans shop | 634418220305646 |
| 207 | Temu | Amiaoya shop | 634418220311651 |
| 208 | Walmart | JIASEN | 101239890 |
| 209 | Walmart | HSGTRH | 101261205 |
| 210 | Walmart | autopurpularget Co.ltd | 101269557 |
| 211 | Walmart | Light Co.ltd | 101287309 |
| 212 | Walmart | Fattazi | 101474981 |
| 213 | Walmart | Zynic | 101567270 |
| 214 | Walmart | KAIWEI | 101569451 |
| 215 | Walmart | FUDERU Store | 101574182 |
| 216 | Walmart | Nestful Living | 101590193 |
| 217 | Walmart | Tysmin | 101608843 |
| 218 | Walmart | Jiuchuangrenli | 101609921 |
| 219 | Walmart | Sakupycq | 101612606 |
| 220 | Walmart | lonlongg | 101619378 |
| 221 | Walmart | HengYangShiYiBangWangLuoKeJiYouXianGongSi | 101626057 |
| 222 | Walmart | ERDPemo Co,.Ltd | 101629778 |
| 223 | Walmart | JINGXI | 101637304 |
| 224 | Walmart | Gangstatic Co., Ltd. | 101639690 |
| 225 | Walmart | Minghuorui Co., Ltd. | 101640015 |
| 226 | Walmart | AARUJJKU | 101641325 |
| 227 | Walmart | Enmengchi Co., Ltd. | 101641415 |
| 228 | Walmart | Hangchenjie Co., Ltd. | 101641502 |
| 229 | Walmart | yangyangCHEN | 101643934 |
| 230 | Walmart | FENGGHAO | 101652180 |
| 231 | Walmart | foshanshiheguyiqishangmao | 101654342 |
| 232 | Walmart | AAAHVBTTTUH | 101654698 |
| 233 | Walmart | Luanqing Co., LTD | 101654829 |
| 234 | Walmart | Tianfeng Co., LTD | 101656873 |

| | | | |
|---|---|---|---|
| 235 | Walmart | VEUXS | 101664335 |
| 236 | Walmart | Vicbovo | 101668293 |
| 237 | Walmart | Growsl | 101668686 |
| 238 | Walmart | Dpkshia | 101672456 |
| 239 | Walmart | Nihao Christmas Decors | 101673787 |
| 240 | Walmart | Bgageg | 101674892 |
| 241 | Walmart | AOLANGWEI | 101678152 |
| 242 | Walmart | MGhaab | 101679170 |
| 243 | Walmart | Merry Christmas Treasures | 101680467 |
| 244 | Walmart | WEICHUYU | 101680958 |
| 245 | Walmart | XIUlong | 101685587 |
| 246 | Walmart | SummerFall | 101690658 |
| 247 | Walmart | Kunmingshizyj | 101694768 |
| 248 | Walmart | LUNYCHE | 102477181 |
| 249 | Walmart | chenghaiqujiushengzhimaoyi | 102477613 |
| 250 | Walmart | Yanzhi Toys Co., Ltd. | 102479151 |
| 251 | Walmart | Lxmjhdas | 102482073 |
| 252 | Walmart | Yizun E-Commerce Co., Ltd. | 102485473 |
| 253 | Walmart | shiyuyuan! | 102486794 |
| 254 | Walmart | AGXAP | 102491203 |
| 255 | Walmart | BEAUTY LIBERTY | 102501216 |
| 256 | Walmart | Xhlmnhd | 102502160 |
| 257 | Walmart | liangkuangmushangmao | 102502307 |
| 258 | Walmart | GAFICO | 102503912 |
| 259 | Walmart | shengyali | 102509691 |
| 260 | Walmart | Energy Studio Store | 102512741 |
| 261 | Walmart | YingBu.LTD | 102514904 |
| 262 | Walmart | Swiien | 102515159 |
| 263 | Walmart | guangzhoufeiyehaomaoyiyouxiangongsi | 102516369 |
| 264 | Walmart | MaJoJaoy | 102521000 |
| 265 | Walmart | FanSyZe | 102533674 |
| 266 | Walmart | Easdkghay | 102541493 |
| 267 | Walmart | Rienvsupr | 102549070 |
| 268 | Walmart | nurekdise | 102549097 |
| 269 | Walmart | Psqyysdp | 102584936 |
| 270 | Walmart | Xymhsga | 102587156 |
| 271 | Walmart | dhutrbga | 102590308 |
| 272 | Walmart | Ekoaild | 102595908 |
| 273 | Walmart | EUEAAXXV | 102611395 |
| 274 | Walmart | shenzhenshihongfeixinxijishu | 102620479 |
| 275 | Walmart | Vaacheng | 102626267 |
| 276 | Walmart | GiggleBox Co.ltd | 102626297 |
| 277 | Walmart | FluffBox | 102626694 |
| 278 | Walmart | lfeizsold | 102627094 |
| 279 | Walmart | Binsol | 102627755 |
| 280 | Walmart | zenvie | 102629339 |
| 281 | Walmart | Toysn | 102633107 |

| 282 | Walmart | OXUIEW | 102633882 |
|---|---|---|---|
| 283 | Walmart | GGikgmnu | 102634701 |
| 284 | Walmart | IJGAKXN | 102634767 |
| 285 | Walmart | Ljus87 | 102635554 |
| 286 | Walmart | YUPLAY | 102636694 |
| 287 | Walmart | HPJINPENG | 102641768 |